## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01273-RPM-CBS

ADAM MOREHEAD,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

___

## ORDER DISMISSING CASE WITH PREJUDICE
___

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                                BY THE COURT:

                                s/Richard P. Matsch

June 17th, 2011

_____    _____

DATE                            Richard P. Matsch, Senior District Judge